UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-23590-COOKE/TORRES

PEDRO R. DE LA CRUZ and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                                     Plaintiff, )
  vs. )

SHOWCASE PROVISIONS, INC. and )
MICHAEL FLORA, )

                                                   Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

COMES NOW Plaintiff, by and through the undersigned attorney, pursuant to the Court's Order entered on October 14, 2015 [DE 8] and, and files this Statement of Claim, and in support thereof states as follows:

1. Period of Overtime Claim: September 24, 2012 – June 1, 2015.

2. Approximate number of weeks: 140.

3. Average hours worked per week: 50

4. Overtime hours claimed per week: 10

5. Hourly rate: $19.37 per hour.

6. Half-time overtime rate based on the hourly rate: $9.69 per hour.

7. Calculation of half-time wages owed: $9.69/hr.  x  10 hrs./week  x  140 weeks  = $13,566.00.

8. Overtime wages owed of $13,566.00 doubled for liquidated damages  =  $27,132.00, plus attorney's fees and costs.

Respectfully submitted this 4th day of November, 2015.

                         J.H. Zidell, P.A.
                         300 71st Street, Suite 605
                         Miami Beach, Florida 33141
                         Tel: (305) 865-6766
                         Fax: (305) 865-7167
                         *Attorneys for Plaintiff*

                         By: /s/ Julia M. Garrett
                         Julia M. Garrett, Esq.
                         Florida Bar Number: 0105151
                         jgarrett.jhzidellpa@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on all counsel or parties in the Service List below on November 4, 2015.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By: /s/ Julia M. Garrett
> Julia M. Garrett, Esq.
> Florida Bar Number: 0105151
> jgarrett.jhzidellpa@gmail.com

## SERVICE LIST

Carrie Stolzer Robinson
Email: csrobinson@tobinreyes.com
Ricardo Alberto Reyes
Email: rar@tobinreyes.com
Tobin & Reyes, P.A.
Mizner Park Office Tower
225 N.E. Mizner Boulevard
Suite 510
Boca Raton, FL 33432
561-620-0656
Fax: 561 620-0657
*Attorneys for Defendants*