UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-23590-MGC

PEDRO R. DE LA CRUZ, and all
others similarly situated under
29 U.S.C. 216(b),

    Plaintiffs,

vs.

SHOWCASE PROVISIONS, INC.
and MICHAEL FLORA,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM [DE 15]**

    Defendants, Showcase Provisions, Inc. and Michael Flora (collectively, the "Defendants") hereby respond to the Statement of Claim [DE 15] filed by Plaintiff, Pedro De La Cruz ("Plaintiff") and state as follows:

    1.    On November 4, 2015, Plaintiff filed his Statement of Claim [DE 15] in this action claiming therein to have worked "overtime" for which he was not properly paid.

    2.    Defendants deny the allegations in the Statement of Claim.

    3.    At all times material hereto, Plaintiff was employed as a supervisor/manager in the Cooler Department or "Cooler Manager."

    4.    Pursuant to Section 13(a)(1) of the FLSA which provides an exemption from both minimum wage and overtime pay for employees employed as bona fide executive, administrative, professional and outside sales employees, Plaintiff did not work "overtime" and was not entitled to be paid, specifically, therefor.

    5.    In sum, at times material hereto, Plaintiff was qualified for the executive and/or administrative employee exemptions.

WE HEREBY CERTIFY that on November 18, 2015, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J.H. Zidell, Esq., J.H. Zidell, P.A., Attorney for Plaintiffs, 300 71st St., Suite 605, Miami Beach, Florida 33141; email: zabogado@aol.com.

    Respectfully submitted,

    s/Carrie Stolzer Robinson
    Ricardo A. Reyes, FBN 864056
    Carrie Stolzer Robinson, FBN 0354030
    TOBIN & REYES, P.A.
    Attorneys for Defendants
    Mizner Park Office Tower
    225 N. E. Mizner Blvd., Suite 510
    Boca Raton, FL 33432
    Phone: (561) 620-0656
    Fax:   (561) 620-0657
    eservice@tobinreyes.com
    rar@tobinreyes.com
    csrobinson@tobinreyes.com

S:\A C\Litigation\Showcase\resp-stmt of claim.docx