UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23590-Civ-COOKE/TORRES

PEDRO R. DE LA CRUZ, and all
others similarly situated under
29 U.S.C. 216(b),

    Plaintiffs,

vs.

SHOWCASE PROVISIONS, INC.
and MICHAEL FLORA,

    Defendants.
_____/

**NOTICE OF COMPLIANCE**

    Defendants, Showcase Provisions, Inc. ("Showcase") and Michael Flora ("Flora"), by and through undersigned counsel and pursuant to this Court's Order of Court-Mandated Requirements in FLSA-Based Cases [DE 8], hereby give notice that Defendants' Response to Plaintiff's Statement of Claim was filed November 18, 2015 [DE 21] and documents in support of the same were contemporaneously provided to Plaintiff.

    WE HEREBY CERTIFY that on November 18, 2015, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice

1

of electronic filing to J.H. Zidell, Esq., J.H. Zidell, P.A., Attorney for Plaintiffs, 300 71st St., Suite 605, Miami Beach, Florida 33141; email: zabogado@aol.com.

                                                       Respectfully submitted,

                                                      s/Carrie Stolzer Robinson
Ricardo A. Reyes, FBN 864056
Carrie Stolzer Robinson, FBN 034030
TOBIN & REYES, P.A.
Attorneys for Defendants
Mizner Park Office Tower
225 N. E. Mizner Blvd., Suite 510
Boca Raton, FL 33432
Phone: (561) 620-0656
Fax:    (561) 620-0657
eservice@tobinreyes.com
rar@tobinreyes.com
csrobinson@tobinreyes.com

S:\A C\Litigation\Showcase\n-compliance.docx