UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23590-Civ-COOKE/TORRES

PEDRO R. DE LA CRUZ, and all
others similarly situated under
29 U.S.C. 216(b),

    Plaintiffs,

vs.

SHOWCASE PROVISIONS, INC.
and MICHAEL FLORA,

    Defendants.
_____/

**NOTICE OF COMPLIANCE**

    Defendants, Showcase Provisions, Inc. ("Showcase") and Michael Flora ("Flora"), by and through undersigned counsel, hereby give notice that Defendants' Fact Witness List was served on counsel for Plaintiff pursuant to this Court's Order Setting Civil Trial Date and Pretrial Deadlines and Order Referring to Magistrate [DE 16], as modified by agreement.

    WE HEREBY CERTIFY that on December 23, 2015, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice

of electronic filing to J.H. Zidell, Esq. and Elizabeth Hueber, Esq., J.H. Zidell, P.A., Attorney for Plaintiffs, 300 71st St., Suite 605, Miami Beach, Florida 33141; email: zabogado@aol.com; elizabeth.hueber.esq@gmail.com.

                                              Respectfully submitted,

                                              s/Carrie Stolzer Robinson
                                              Ricardo A. Reyes, FBN 864056
                                              Carrie Stolzer Robinson, FBN 034030
                                              TOBIN & REYES, P.A.
                                              Attorneys for Defendants
                                              Mizner Park Office Tower
                                              225 N. E. Mizner Blvd., Suite 510
                                              Boca Raton, FL 33432
                                              Phone: (561) 620-0656
                                              Fax:   (561) 620-0657
                                              eservice@tobinreyes.com
                                              rar@tobinreyes.com
                                              csrobinson@tobinreyes.com

S:\A C\Litigation\Showcase\n-compliance fact witness list.docx