UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23590-Civ-COOKE/TORRES

PEDRO R. DE LA CRUZ, et al.,

Plaintiffs,

vs.

SHOWCASE PROVISIONS, INC., et al.,

Defendants.
_______________________________/

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO ENFORCE SETTLEMENT, OR, IN THE ALTERNATIVE, MOTION TO ALTER OR AMEND JUDGMENT [DE 29]**

Defendants, Showcase Provisions, Inc. ("Showcase") and Michael Flora ("Flora"), by and through undersigned counsel, hereby withdraw their Motion to Enforce Settlement or, in the Alternative, Motion to Alter or Amend Judgment [DE 29] filed February 16, 2016.

WE HEREBY CERTIFY that on May 5, 2016, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J.H. Zidell, Esq. and Elizabeth Hueber, Esq., J.H. Zidell, P.A., Attorney for Plaintiffs, 300 71st St., Suite 605, Miami Beach, Florida 33141; email: zabogado@aol.com and elizabeth.hueber.esq@gmail.com.

Respectfully submitted,

s/Carrie Stolzer Robinson
Ricardo A. Reyes, FBN 864056
Carrie Stolzer Robinson, FBN 034030
TOBIN & REYES, P.A.
Attorneys for Defendants
Mizner Park Office Tower
225 N. E. Mizner Blvd., Suite 510
Boca Raton, FL 33432
Phone: (561) 620-0656
Fax: (561) 620-0657
eservice@tobinreyes.com
rar@tobinreyes.com
csrobinson@tobinreyes.com