UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23590-CIV-COOKE/TORRES

PEDRO R. DE LA CRUZ,

Plaintiff,

vs.

SHOWCASE PROVISIONS, INC.,
MICHAEL FLORA,

Defendants.

**SATISFACTION OF FINAL JUDGMENT**

NOW COMES the Plaintiff, by and through the undersigned, and hereby files this Satisfaction of Final Judgment for the Final Judgment [DE28] in favor of Plaintiff against Defendants, jointly and severally, and states that the judgment has been satisfied.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 5/11/16 TO:**

**TOBIN & REYES, P.A.**
**ATTORNEYS FOR DEFENDANTS**

**MIZNER PARK OFFICE TOWER**
**225 N. E. MIZNER BLVD., SUITE 510**
**BOCA RATON, FL 33432**

**BY:______/s/ Rivkah F. Jaff______________**
**RIVKAH JAFF, ESQ.**